AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District Of Texas
FILED

SEP 18 2020

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.
Lorenzo Contreras Jr. (1983/USA)

*Defendant(s)*

Case No. M-20-1892-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of September 18, 2020 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952 | Illegal Importation of a Controlled Substance / Approximately 12.84 Kilograms of Methamphetamine, a Schedule II Controlled Substance. |
| 21 USC § 963 | Conspiracy to Illegally Import a Controlled Substance / Approximately 12.84 Kilograms of Methamphetamine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Complaint authorized by: AUSA Roberto Lopez

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Date: 9/18/2020 @ 4:39pm

City and state: McAllen, Texas

/s/ Nicholas C. Stott
*Complainant's signature*

Nicholas C. Stott, HSI Special Agent
*Printed name and title*

*Judge's signature*

U.S. Magistrate Judge J. Scott Hacker
*Printed name and title*

**Attachment "A"**

I, Nicholas C. Stott, am a Special Agent of the United States Homeland Security Investigations (HSI) and have knowledge of the following facts. The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaint.

1. On September 18, 2020, Homeland Security Investigations in McAllen, Texas, (HSI McAllen) received a request for investigative assistance from the U.S. Customs and Border Protection (CBP) Office of Field Operations (OFO) at the Hidalgo Port of Entry (POE) in Hidalgo, Texas. CBP Officers (CBPOs) detained Lorenzo Contreras Jr. (hereinafter CONTRERAS), a citizen of the United States, the driver, sole occupant and registered owner of the vehicle, while attempting to enter the U.S. with approximately 12.84 kilograms (kg) of methamphetamine concealed within the rear quarter panels of the vehicle.

2. During primary inbound inspection, CBP Officers (CBPOs) obtained a negative oral declaration for fruits, food, alcohol, tobacco, drugs, weapons and currency over $10,000.00. from CONTRERAS. CBPOs referred CONTRERAS and the vehicle to secondary inspection for an intensive examination.

3. During secondary inspection, the vehicle was X-rayed, revealing anomalies in the rear quarter panel area of the vehicle.

4. A physical search of the vehicle was conducted, and 23 cellophane and vacuum sealed packages, weighing approximately 12.84 kilograms, were discovered concealed within the rear quarter panel of the vehicle. CBPOs field tested the substance inside the packages which was presumptive positive for the properties and characteristics of methamphetamine.

5. Homeland Security Investigations (HSI), Special Agents (SA) responded to the Hidalgo POE to assist in the investigation. HSI SAs interviewed CONTRERAS who, after providing several inconsistent and admittedly false statements, stated he was hired by an unknown person in Mexico and to be paid $500.00 USD to transport what he was told to be United States currency from the United States into Mexico. CONTRERAS stated he had also made several previous trips into the United States on behalf of the smuggling organization, allegedly for the purpose of smuggling currency into Mexico. A search of CONTRERAS' cellular telephone located communications with identified drug traffickers regarding CONTRERAS' travel itinerary.